UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FNU LNU #1, FNU LNU #2

    v.                                      Case No. 23-cv-357-SM

USA et al

ORDER

    No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 6, 2025, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The clerk of court shall enter judgment and close the case.

**So Ordered.**

                                                Steven J. McAuliffe
                                                United States District Judge

Date: January 30, 2025

cc:    FNU LNU #1
        FNU LNU #2